# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

RICHARD SZERMAN, an individual,

Plaintiff,

vs.

SILVERCREEK REALTY GROUP LLC, an Idaho Limited Liability Company and DOES 1-10, inclusive.

Defendant(s).

CASE NO. CV 19-2357-GW-SSx

Complaint Filed: June 29, 2018

[Removed from State Court: March 28, 2019]

[XXXXXXXX] ORDER
[Pursuant to FRCP 41(a)(1)(A)]

**Judge: Hon. George H. Wu**

Pursuant to the joint Stipulation to Dismiss Action filed by Plaintiff RICHARD SZERMAN and Defendant SILVERCREEK REALTY GROUP LLC, IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, this action be dismissed in its entirety pursuant to a settlement agreement between the parties. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

DATED this __17th__ day of __July__, 2019.

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

---

STIPULATION TO DISMISS

3